1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

9
10
11
12
13
14

| | |
|---|---|
| COLONEL ROBERT FRANK, et al.,        ) | |
|            ) | |
|           Plaintiffs,      ) | Case No. 2:12-cv-01988-GMN-NJK |
|            ) | |
| vs.                     ) | ORDER STAYING DISCOVERY |
|            ) | (Docket No. 29) |
| CITY OF HENDERSON, et al.,     ) | |
|            ) | |
|           Defendants.     ) | |
| _____ ) | |

15       Pending before the Court is Plaintiffs' motion to stay discovery pending resolution of

16 Defendants' motion to dismiss or for summary judgment. *See* Docket 29; *see also* Docket No. 10

17 ("motion to dismiss"). Defendants do not oppose the motion to stay discovery. *See* Potter Aff. ¶ 7.

18 For good cause shown and for the reasons discussed below, the Court hereby **GRANTS** the motion

19 to stay discovery pending resolution of the motion to dismiss.

20       "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of

21 discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278

22 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all

23 discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially

24 dispositive motion can be decided without additional discovery; and (3) the Court has taken a

25 "preliminary peek" at the merits of the potentially dispositive motion and is convinced that the

26 plaintiff will be unable to state a claim for relief. *Id.* at 602-603.

27       The Court finds these factors are present here. First, the motion to dismiss is potentially

28 case-dispositive as it challenges all pending claims. Second, the motion to dismiss can be decided

without additional discovery.  Third, the Court has taken a preliminary peek at the merits of the motion to dismiss and believes Plaintiffs will be unable to state a claim for relief.[1]

Accordingly, the motion to stay all discovery is hereby **GRANTED**.  In the event that the motion to dismiss is not granted in full, the parties shall submit a joint status report to the undersigned within 14 days of the issuance of the order resolving the motion to dismiss.  That status report shall indicate what discovery needs to be completed and shall provide a proposed plan for completing it.

IT IS SO ORDERED.

DATED: May 9, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the motion to dismiss may have a different view of its merits. *See Tradebay*, 278 F.R.D. at 603.  The undersigned's "preliminary peek" at the merits of that motion is not intended to prejudice its outcome.  *See id.*