UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLONEL ROBERT FRANK, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:12-cv-01988-JAD-NJK |
| ) | |
| vs. ) | ORDER DENYING MOTIONS |
| ) | FOR STATUS CHECK |
| CITY OF HENDERSON, et al., ) | |
| ) | (Docket Nos. 32, 34) |
| Defendants. ) | |
| ) | |

Pending before the Court are two motions for "status check" filed by Plaintiffs. Docket Nos. 32, 34. Defendants filed a notice of non-opposition to the first motion. Docket No. 33. The motions seek "an update concerning the status of the Motion to Dismiss." *See, e.g.*, Docket No. 34 at 2. The Court generally does not give the parties "updates" regarding its consideration of pending motions. To the extent the parties were seeking to make the assigned district judge aware of the pendency of the motion to dismiss,[1] the proper procedure to do so is outlined in the Local Rules:

> Any unrepresented party or counsel may send a letter to the Court at the expiration of sixty (60) days after any matter has been, or should have been, fully briefed if the Court has not entered its written ruling. If such a letter has been sent and a written ruling still has not been entered one hundred twenty (120) days after the matter has been or should have been fully briefed, any unrepresented party or counsel may send a letter to the Chief Judge, who shall inquire of the judge about the status of the matter.

---

[1] The motion to dismiss was filed before the case was assigned to United States District Judge Jennifer A. Dorsey. *Compare* Docket No. 10 *with* Docket No. 31. Nonetheless, the undersigned is quite confident that Judge Dorsey is aware of the pendency of the motion to dismiss.

Local Rule 7-6(b).

While the Court can appreciate the parties' desire to obtain a ruling on the motion,[2] they need to follow the proper procedures. Accordingly, the motions for status check are hereby **DENIED**.

IT IS SO ORDERED.

DATED: February 18, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] In light of the backlog of cases in this District, the undersigned previously relayed to the parties that an expeditious ruling on the motion to dismiss was unlikely. *See* Docket No. 24 at 1 (order denying stipulation to delay discovery because, *inter alia*, "it is uncertain when the motion will ultimately be decided").