UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLONEL ROBERT FRANK, et al.,<br><br>              Plaintiff(s),<br><br>vs.<br><br>CITY OF HENDERSON, et al.,<br><br>              Defendant(s). | Case No. 2:12-cv-01988-JAD-NJK<br><br>ORDER SETTING DISCOVERY CONFERENCE<br><br>(Docket No. 47) |

      Pending before the Court is a proposed discovery plan. Docket No. 47. The Court hereby **SETS** a discovery conference for February 25, 2015, at 10:00 a.m. in Courtroom 3D. Counsel shall be prepared to discuss, *inter alia*, (1) why discovery should commence on only some of the claims in the amended complaint, *see* Docket No. 47 at 2 (asserting that the scope of discovery is Plaintiffs' malicious prosecution claims, but does not include discovery on IIED claim); and (2) why they have included in the discovery plan a deadline to file for extensions that conflicts with the language of Local Rule 26-4, *see* Docket No. 47 at 4. Lastly, the proposed discovery plan seeks a settlement conference through an order to be issued in the future if certain contingencies occur. *See* Docket No. 47 at 4. That request is DENIED as premature, and the parties are instructed to file a request for a settlement conference at such time as they deem one appropriate to be held.

      IT IS SO ORDERED.

      DATED: February 9, 2015

                                            _____<br>                                            NANCY J. KOPPE<br>                                            United States Magistrate Judge