1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

COLONEL ROBERT FRANK, et al.,            )
                  Plaintiff(s),            )
                             )
vs.                                      )
                             )
CITY OF HENDERSON, et al.,               )
                  Defendant(s).            )
_____)

Case No. 2:12-cv-01988-JAD-NJK

ORDER RE:  DISCOVERY
CONFERENCE

(Docket No. 47)

      Due to conflicting duties of the Court, the discovery conference set for February 25, 2015, at

10:00 a.m. is hereby CONTINUED to February 26, 2015, at 9:30 a.m. in Courtroom 3D.

      IT IS SO ORDERED.

      DATED:   February 20, 2015

                                 _____
                                 NANCY J. KOPPE
                                 United States Magistrate Judge