CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada  89102
Tel:  (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

•••••

| | |
|---|---|
| COLONEL ROBERT FRANK AND TIM STEBBINS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON; CHIEF JUTTA CHAMBERS, in her individual capacity; SERGEANT JEFFREY FARLEY; DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No.    2:12-cv-01988- JAD-NJK |

**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY THERETO**

(First Request)

Pursuant to LR 6-1, the parties, by and through their respective counsel of record, hereby stipulate and make a joint application to extend Plaintiffs' Opposition to Motion for Summary Judgment [ECF 59], currently due Friday, November 6, 2015, up to and including Monday, November 30, 2015 and extend Defendants' Reply thereto.

Plaintiffs submit that good cause exists for this extension as Plaintiffs' counsel has been unable to complete the Opposition due to numerous court appearances, multiple depositions, Ninth Circuit and Nevada Supreme Court briefs and oral arguments, out of town CLE seminars and the Ninth Circuit Correction Summit, and other general deadlines and appearances.  Based upon the

foregoing, the parties request that this Court extend the time for the Plaintiffs to file their Opposition to the Defendants' Motion for Summary Judgment [ECF 59] by twenty-four (24) days up to and including, Monday, November 30, 2015.

In conjunction with Plaintiffs' extension, the Defendants request that their Reply be due on Monday, December 21, 2015.

This is the first request for enlargement of time is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

| DATED this 5th day of November, 2015. | DATED this 5th day of November, 2015. |
|---|---|
| POTTER LAW OFFICES | CITY OF HENDERSON |
| By   /s/ C. J. Potter, IV, Esq.<br>CAL J. POTTER, III, ESQ.<br>Nevada Bar No. 1988<br>C. J. POTTER, IV, ESQ.<br>Nevada Bar No. 13225<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiffs* | By   /s/ F. Travis Buchanan, Esq.<br>F. TRAVIS BUCHANAN, ESQ.<br>Nevada Bar No. 9371<br>240 Water Street<br>Las Vegas, Nevada 89015<br>*Attorney for Defendants* |

**ORDER**

IT IS SO ORDERED.

November 6, 2015
DATED                                              UNITED STATES DISTRICT JUDGE

2